UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE CHRISTINE HALLORAN, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | No. 2:18-cv-3230-EFB <br><br><br> ORDER |

Plaintiff has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, and she has submitted an affidavit in support of his application as required by 28 U.S.C. § 1915(a)(1). ECF No. 2.

Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). This court also requires a $50 administrative fee. The court may authorize the commencement of an action without prepayment of fees and costs or security therefor, by a person who submits an affidavit showing that she is unable to pay such costs or give security therefor. 28 U.S.C. § 1915(a)(1). An *in forma pauperis* applicant must demonstrate that because of her poverty, she cannot meet court costs and still provide herself and her dependents with the necessities of life. *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2004) (affidavit is sufficient if it represents that the litigant is "unable to pay for the

1

court fees and costs, and to provide necessities for himself and his dependents") (citing *Adkins v. E.I. Du Pont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948)).

Plaintiff's affidavit indicates that her monthly income is $1,495, her spouse's monthly wages are $5,200, and her monthly expenses are approximately $3,325. ECF No. 2 at 1-2. She further states that she currently has $1,100 in her bank accounts, and she has two dependents relying on her for support. *Id*. at 2. Based on those averments, the court finds that plaintiff has failed to demonstrate that she has insufficient assets to pay the filing fee and costs and provide the necessities of life to herself and her dependents. *See Olivares v. Marshall*, 59 F.3d 109, 111 (9th Cir. 1995) ("Requiring the payment of fees according to a plaintiff's ability to pay serves the dual aims of defraying some of the judicial costs of litigation and screening out frivolous claims."). Accordingly, plaintiff will be granted 21 days to submit the appropriate filing fee or provide further explanation as to why she is unable to pay the court fees and costs. Plaintiff is admonished that failure to comply with this order will result in a recommendation that the application to proceed *in forma pauperis* be denied and that the case be dismissed without prejudice.

Accordingly, it is ORDERED that within 21 days of the date of this order plaintiff shall submit the $400 filing fee or provide further explanation as to why she is unable to pay the court fees and costs. Failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: February 4, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE