| | |
|---|---|
| SHELLIE LOTT, SBN: 246202 | |
| Cerney Kreuze & Lott, LLP | |
| 42 N. Sutter Street, Suite 400 | |
| Stockton, California 95202 | |
| Telephone: (209) 948-9384 | |
| Facsimile: (209) 948-0706 | |

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO BRANCH**

| | |
|---|---|
| MICHELLE C. HALLORAN,<br><br>          Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>          Defendant | Case No.: 2:18-cv-03230-EFB<br><br>**STIPULATION AND [proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT/REMAND** |

      IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion for Summary Judgment in the above-referenced case is hereby extended to the new due date of August 16, 2019.

      This extension (1 day) is requested because the brief writer miscalendared the due date due to an extremely heavy briefing calendar and she will need additional time to finalize the Motion for Summary Judgment.

DATED: August 19, 2019          */s/ Shellie Lott*
                                Shellie Lott
                                Attorney for Plaintiff


DATED: August 19, 2019          McGREGOR W. SCOTT
                                United States Attorney
                                DEBORAH LEE STACHEL
                                Regional Chief Counsel, Region IX

                                */ s/ Marcello Illarmo*
                                Marcello Illarmo,
                                (As authorized via E-mail on 8/16/19)
                                Special Assistant U S Attorney
                                Attorneys for Defendant

SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO BRANCH

| | |
|---|---|
| MICHELLE C. HALLORAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 2:18-cv-03230-EFB<br><br>**[proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT/REMAND** |

　　　Pursuant to the stipulation of the parties for a requested ~~first~~ second extension of Plaintiff's time to file a Motion for Summary Judgment/Remand, the request is hereby APPROVED. Plaintiff's motion for summary judgment (ECF No. 15) is deemed timely.

　　　SO ORDERED.

DATED: August 19, 2019.　　　　　　　　　_/s/ Edmund F. Brennan_
　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE