# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| MICHELLE C. HALLORAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 2:18-cv-03230-EFB<br><br>**ORDER RE STIPULATION FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

　　　Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that fees and expenses, in the amount of SEVEN-THOUSAND FOUR-HUNDRED TWENTY-SEVEN dollars and EIGHTY cents ($7,427.80) as authorized by 28 U.S.C. § 2412, and costs in the amount FOUR-HUNDRED dollars ($400.00) as authorized by 28 U.S.C. § 1920, are awarded to Plaintiff, subject to the terms of the stipulation.

　　　IT IS SO ORDERED.

Dated: May 15, 2020.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE